**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
| Plaintiff, ) | 10-04076M-PCT-001-MEA |
| ) | **ORDER** |
| vs. ) | |
| Pearlynda Ruth Hosteen, ) | |
| Defendant. ) | |

The defendant appeared in court and admitted to violating her conditions of supervised release as alleged in Paragraphs 1, 3, 4 and 5 of the Petition to Revoke Supervised Release.

IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SEVEN (7) MONTHS.**

IT IS FURTHER ORDERED that Paragraph 2 and 6 of the petition to revoke are DISMISSED.

IT IS RECOMMENDED that the defendant serve her sentence at the Coconino County Jail.

DATED this 20th day of October, 2011.

_____
Mark E. Aspey
United States Magistrate Judge